STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.7692    AND FILED ON    8/29/2007

VIOLETA DZIKOVIC, ET AL                                                                          Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, ET AL                                                                            Defendant(s)/Respondent(s)

STATE OF: NEW YORK              )
                                 SS
COUNTY OF WESTCHESTER           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __9/6/2007__ at __11:00AM__, deponent did serve the within process as follows:

Process Served:  SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:    PHILIP AMICONE, MAYOR                                       (herein called recipient) therein named.
At Location:     CITY OF YONKERS
                 CITY HALL, 40 SOUTH BROADWAY
                 YONKERS NY

By delivering to and leaving with __EDMUND FITZGERALD__ a person of suitable age and discretion.
Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On __9/7/07__, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BROWN |
|---|---|---|---|---|---|
| Age | 40/50 | Height | 6'4" | Weight | 190 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __9/7/2007__

_[signature]_                                                   _[signature]_
                                                                John Axelrod

                                                                Server's License#:

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.7692    AND FILED ON    8/29/2007

VIOLETA DZIKOVIC, ET AL

Vs.

PHILIP AMICONE, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/6/2007 at 11:30AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EDMUND HARTNETT, POLICE COMMISSIONER    (herein called recipient) therein named.
At Location: 100 SOUTH BROADWAY
             YONKERS NY

By delivering to and leaving with SGT. GELESKI a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/7/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__   Color of Skin __WH__   Color of Hair __BALD__
Age __40/45__   Height __5'9"__   Weight __170__
Other Features __MOUSTACHE__

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 9/7/2007

GAIL WILLIAMS
Notary Public, State of New York
No. ...
Qualified ... County
Commission ... 30, 2010

John Axelrod
Server's License#:

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.7692    AND FILED ON    8/29/2007

VIOLETA DZIKOVIC, ET AL                                                       Plaintiff(s)/Petitioner(s)

                              Vs.

PHILIP AMICONE, ET AL                                                         Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                       ) SS
COUNTY OF WESTCHESTER                  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/6/2007 at 11:00AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: JOHN A. LISZEWSKI, PUBLIC WORKS COMMISSIONER     (herein called recipient) therein named.
At Location: 40 SOUTH BROADWAY
             YONKERS NY

By delivering to and leaving with EDMUND FITZGERALD a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/7/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BROWN |
| Age | 40/50 | Height | 6'4" | Weight | 190 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 9/7/2007
_____                              _____
                                                            John Axelrod
GAIL WILLIAMS
Notary Public                                               Server's License#:

20/1

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.7692    AND FILED ON    8/29/2007

VIOLETA DZIKOVIC, ET AL    **Plaintiff(s)/Petitioner(s)**

Vs.

PHILIP AMICONE, ET AL    **Defendant(s)/Respondent(s)**

STATE OF: NEW YORK    )
                                              ) SS
COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/6/2007 at 11:00AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: LAWRENCE A. PORCARI, JR. CORPORATION COUNSEL    (herein called recipient) therein named.
At Location: CITY HALL
40 SOUTH BROADWAY
YONKERS NY

By delivering to and leaving with EDMUND FITZGERALD a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/7/07, deponent completed service by depositing a copy of the

SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BROWN |
| Age | 40/50 | Height | 6'4" | Weight | 190 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 9/7/2007

_____    _____
GAIL ...                                             John Axelrod
Notary Public ...
Qualified ...
Commission ... 2010    Server's License#:

STATE OF NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.7692          AND FILED ON          8/29/2007

VIOLETA DZIKOVIC, ET AL                                                          Plaintiff(s)/Petitioner(s)

                                           Vs.

PHILIP AMICONE, ET AL                                                            Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                       ) SS
COUNTY OF WESTCHESTER                  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/6/2007 at 11:00AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: THE CITY OF YONKERS, NEW YORK                              (herein called recipient) therein named.
At Location: CITY HALL
             40 SOUTH BROADWAY
             YONKERS NY

By delivering to and leaving with EDMUND FITZGERALD and that deponent knew the person so served to be the LAW CASE INVESTIGATOR of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M            Color of Skin: WH            Color of Hair: BROWN
Age: 40/50        Height: 6'4"
Weight: 190       Other Features

Sworn to before me on 9/7/2007

_[signature]_                                        _[signature]_
                                                     John Axelrod
                                                     Server's License#:

GAIL WILLIAMS
Notary Public, ...
Qualif...
Commiss...                    20/0

STATE OF NEW YORK            UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.7692    AND FILED ON    8/29/2007

VIOLETA DZIKOVIC, ET AL

Vs.

PHILIP AMICONE, ET AL

Plaintiff(s)/Petitioner(s)
Defendant(s)/Respondent(s)

STATE OF: NEW YORK        )
                          ) SS
COUNTY OF WESTCHESTER     )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __9/11/2007__ at __11:30AM__, deponent did serve the within process as follows:

Process Served:  SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:    PAUL WOOD, POLICE OFFICER                              (herein called recipient)
At Location:     C/O CORPORATION COUNSEL                                therein named.
                 40 S. BROADWAY
                 YONKERS NY

By delivering to and leaving with __PAUL HART, ATTORNEY__ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On __9/12/07__, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | BLACK | Color of Hair | BLACK |
| Age | 45/55 | Height | 5'10" | Weight | 250 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __9/12/2007__

GAIL WILLIAMS
Notary Public, State of New York

John Axelrod

Server's License#:

STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.7692    AND FILED ON    8/29/2007

VIOLETA DZIKOVIC, ET AL                                                    Plaintiff(s)/Petitioner(s)

                                    Vs.

PHILIP AMICONE, ET AL                                                      Defendant(s)/Respondent(s)

STATE OF: NEW YORK            )
                              ) SS
COUNTY OF WESTCHESTER         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/6/2007 at 11:30AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: POLICE OFFICER JOHN DOE'S #1 TO #20    (herein called recipient) therein named.
At Location: 100 SOUTH BROADWAY

YONKERS NY

By delivering to and leaving with SGT. GELESKI a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/7/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BALD |
| Age | 40/45 | Height | 5'9" | Weight | 170 |
| Other Features | | | | MOUSTACHE | |

Sworn to before me on the 9/7/2007

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. [illegible]
Qualified in Westchester County
Commission Expires September 30, 2010

_John Axelrod_ (signature)
John Axelrod

Server's License#:

STATE OF NEW YORK     UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.7692     AND FILED ON     8/29/2007

VIOLETA DZIKOVIC, ET AL     Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, ET AL     Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) 
                                       ss
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 9/6/2007 at 11:00AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: SANITATION WORKERS #1 TO #20     (herein called recipient) therein named.
At Location: CITY HALL
40 SOUTH BROADWAY
YONKERS NY

By delivering to and leaving with EDMUND FITZGERALD a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 9/7/07, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M    Color of Skin: WH    Color of Hair: BROWN
Age: 40/50    Height: 6'4"    Weight: 190
Other Features:

Sworn to before me on the 9/7/2007

_Gail Williams_ (signature)           John Axelrod

GAIL WILLIAMS
Notary Public, State of New York
No. 4...
Qualified in Westchester County
Commission Expires September ..., 2010

Server's License#: