STATE OF NEW YORK           UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.7692         AND FILED ON          8/29/2007

| | |
|---|---|
| VIOLETA DZIKOVIC, ET AL | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| PHILIP AMICONE, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                                                    )

                                                                      ) **SS**

COUNTY OF WESTCHESTER                                                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On _____9/6/2007_____ at _____11:00AM_____ , deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served: PHILIP AMICONE, MAYOR                                  (herein called recipient) therein named.

At Location: CITY OF YONKERS

CITY HALL, 40 SOUTH BROADWAY

YONKERS NY

By delivering to and leaving with ___EDMUND FITZGERALD___ a person of suitable age and discretion.

Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On _____9/7/07_____ , deponent completed service by depositing a copy of the

SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _M_ | Color of Skin | _WH_ | Color of Hair | _BROWN_ |
|---|---|---|---|---|---|
| Age | _40/50_ | Height _6'4"_ | Weight | _190_ | |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____9/7/2007_____

_(signature)_                                                   _(signature)_

                                                               John Axelrod

                                                               Server's License#:

2 0/0

STATE OF NEW YORK                UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.7692          AND FILED ON          8/29/2007

| VIOLETA DZIKOVIC, ET AL | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| PHILIP AMICONE, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                                                    )    SS

COUNTY OF WESTCHESTER                                                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____9/6/2007_____ at_____11:30AM_____, deponent did serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:      EDMUND HARTNETT, POLICE COMMISSIONER                    (herein called recipient)
                                                                          therein named.
At Location:       100 SOUTH BROADWAY

                   YONKERS NY

By delivering to and leaving with ___SGT. GELESKI_____ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business |   dwelling house(usual place of abode) within the state.

On_____9/7/07____, deponent completed service by depositing a copy of the

     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | | BALD |
|---|---|---|---|---|---|---|
| Age | 40/45 | Height | 5'9" | Weight | | 170 |
| Other Features | | | | MOUSTACHE | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the ___9/7/2007___

_____
          GAIL WILLIAMS
     Notary Public, State of New York
     No. _____
     Qualified in Westchester County
     Commission Expires December 30. 2010

_____
          John Axelrod

          Server's License#:

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.7692         AND FILED ON         8/29/2007

VIOLETA DZIKOVIC, ET AL

                                            Vs.                                        Plaintiff(s)/Petitioner(s)

PHILIP AMICONE, ET AL                                                         Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                                    )
                                                                                          )    SS
COUNTY OF WESTCHESTER                                          )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On_____9/6/2007_____ at _____11:00AM_____ , deponent did
serve the within process as follows:

Process Served:     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:         JOHN A. LISZEWSKI, PUBLIC WORKS COMMISSIONER            (herein called recipient)
                                                                                                                    therein  named.
At Location:          40 SOUTH BROADWAY

                           YONKERS NY

By delivering to and leaving with ___EDMUND FITZGERALD_____ a person of suitable age and discretion.
Said premises is recipient's [✔] actual place of business [ ]  dwelling house(usual place of abode) within the state.

On_____9/7/07____, deponent completed service by depositing a copy of the
        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | | BROWN | |
|---|---|---|---|---|---|---|---|
| Age | 40/50 | Height | 6'4" | Weight | 190 | | |
| Other Features | | | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the ___9/7/2007___

_____                                    _____
                                                                                                       John Axelrod
GAIL WILLIAMS
Notary Public                                                                           Server's License#:

Qualified
                                                           2 OF 8

STATE OF   NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.7692          AND FILED ON          8/29/2007

---

VIOLETA DZIKOVIC, ET AL
                                        Vs.                                          Plaintiff(s)/Petitioner(s)

PHILIP AMICONE, ET AL                                                                Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                          )
                                                            )    SS
COUNTY OF WESTCHESTER                                        )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____9/6/2007_____ at _____11:00AM_____ , deponent did
serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:      LAWRENCE A. PORCARI, JR. CORPORATION COUNSEL                    (herein called recipient)
                                                                                      therein   named.
At Location:       CITY HALL
                   40 SOUTH BROADWAY
                   YONKERS NY

By delivering to and leaving with _____EDMUND FITZGERALD_____ a person of suitable age and discretion.
Said premises is recipient's [✔] actual place of business   [ ]  dwelling house(usual place of abode) within the state.

On_____9/7/07_____ , deponent completed service by depositing a copy of the

        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _M_ | Color of Skin | _WH_ | Color of Hair | _BROWN_ |
|-----|-----|---------------|------|---------------|---------|
| Age | _40/50_ | Height | _6'4"_ | Weight | _190_ |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the ____9/7/2007____ .

_Deip Milliam_                                          _John Axelrod_
                                                              John Axelrod

GAIL MILLIAM
Notary Public
Qualified
Commission Expires  2010                                Server's License#:

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.7692          AND FILED ON          8/29/2007

| | |
|---|---|
| VIOLETA DZIKOVIC, ET AL | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| PHILIP AMICONE, ET AL | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                                          )
                                                                                            )    SS
COUNTY OF WESTCHESTER                                                )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On_____9/6/2007_____ at _____11:00AM____, deponent did serve the within process as follows:

Process Served:      | SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES |

Party Served:        | THE CITY OF YONKERS, NEW YORK |          (herein called recipient) therein  named.

At Location:         | CITY HALL |
                     | 40 SOUTH BROADWAY |
                     | YONKERS NY |

By delivering to and leaving with ___EDMUND FITZGERALD_____ and that deponent knew the person

so served to be the    LAW CASE INVESTIGATOR

of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M          Color of Skin  WH          Color of Hair  BROWN

Age  40/50          Height  6'4"

Weight  190          Other Features

Sworn to before me on _____9/7/2007_____

_____                    _____
                                                                John Axelrod
                                                                Server's License#:

GAIL WILLIAMS
Notary Public, ...
Qualifi...
Commission ...                              20/8

STATE OF NEW YORK           UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.7692          AND FILED ON          8/29/2007

---

| | |
|---|---|
| VIOLETA DZIKOVIC, ET AL | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| PHILIP AMICONE, ET AL | Defendant(s)/Respondent(s) |

---

STATE OF: NEW YORK                                             )
                                                                        SS
COUNTY OF WESTCHESTER                                  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On ____9/11/2007____ at ____11:30AM____ , deponent did
serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:      PAUL WOOD, POLICE OFFICER                                    (herein called recipient)
                                                                                            therein named.
At Location:        C/O CORPORATION COUNSEL
                        40 S. BROADWAY
                        YONKERS NY

By delivering to and leaving with ____PAUL HART, ATTORNEY____ a person of suitable age and discretion.
Said premises is recipient's ✔ actual place of business ⬜ dwelling house(usual place of abode) within the state.

On ____9/12/07____ , deponent completed service by depositing a copy of the

        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _M_ | Color of Skin | _BLACK_ | Color of Hair | _BLACK_ |
|---|---|---|---|---|---|
| Age | _45/55_ | Height | _5'10"_ | Weight | _250_ |

Other Features

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the ____9/12/2007____

_Gail Williams (signature)_                                        _John Axelrod (signature)_
                                                                                    John Axelrod

GAIL WILLIAMS
Notary Public, State of New York
Qualified in ... County
Commission Expires September 30, 2010

Server's License#:

STATE OF  NEW YORK                                UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.7692            AND FILED ON            8/29/2007

| | |
|---|---|
| VIOLETA DZIKOVIC, ET AL | |
| Vs. | Plaintiff(s)/Petitioner(s) |
| PHILIP AMICONE; ET AL | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                                          )

                                                                                          )  **SS**

COUNTY OF WESTCHESTER                                           )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____9/6/2007_____ at _____11:30AM_____ , deponent did
serve the within process as follows:

Process Served:     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:        POLICE OFFICER JOHN DOE'S #1 TO #20                               (herein called recipient)
                                                                                                                      therein   named.
At Location:          100 SOUTH BROADWAY

                           YONKERS NY

By delivering to and leaving with ____SGT. GELESKI_____ a person of suitable age and discretion.
Said premises is recipient's [✓]  actual place of business    [ ]   dwelling house(usual place of abode) within the state.

On_____9/7/07____, deponent completed service by depositing a copy of the

        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BALD |
|---|---|---|---|---|---|
| Age | 40/45 | Height | 5'9" | Weight | 170 |
| Other Features | | | | MOUSTACHE | |

Sworn to before me on the ____9/7/2007____

_____
GAIL WILLIAMS
Notary Public, State of New York
No. 4??????
Qualified in Westchester County
Commission Expires September 30, 2010

_____
John Axelrod

Server's License#:

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.7692          AND FILED ON          8/29/2007

VIOLETA DZIKOVIC, ET AL.                                                  Plaintiff(s)/Petitioner(s)

                                        Vs.

PHILIP AMICONE, ET AL                                                     Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                                    )
                                                                     )    SS
COUNTY OF WESTCHESTER                                                )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York. On_____9/6/2007_____ at _____11:00AM_____, deponent did
serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:     SANITATION WORKERS #1 TO #20                          (herein called recipient)
                                                                        therein named.
At Location:      CITY HALL
                  40 SOUTH BROADWAY
                  YONKERS NY

By delivering to and leaving with _____EDMUND FITZGERALD_____ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On_____9/7/07____, deponent completed service by depositing a copy of the
      SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _M_ | Color of Skin | _WH_ | Color of Hair | _BROWN_ |
|-----|-----|---------------|------|---------------|---------|
| Age | 40/50 | Height | 6'4" | Weight | 190 |

Other Features

Sworn to before me on the ____9/7/2007____

GAIL WILLIAMS
Notary Public, State of New York
No. 46........
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod

Server's License#: