STATE OF NEW YORK                UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.7692         AND FILED ON         8/29/2007

---

VIOLETA DZIKOVIC, ET AL

Vs.                                                    Plaintiff(s)/Petitioner(s)

PHILIP AMICONE, ET AL                                  Defendant(s)/Respondent(s)

---

STATE OF: NEW YORK                                          )
                                                             )   SS
COUNTY OF WESTCHESTER                                       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On _____9/6/2007_____ at _____11:00AM_____, deponent did
serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:     PHILIP AMICONE, MAYOR                                    (herein called recipient)
                                                                               therein named.
At Location:      CITY OF YONKERS
                  CITY HALL, 40 SOUTH BROADWAY
                  YONKERS NY

By delivering to and leaving with   EDMUND-FITZGERALD _____ a person of suitable age and discretion.
Said premises is recipient's  ☑  actual place of business  ☐  dwelling house(usual place of abode) within the state.

On_____ 9/7/07 _____, deponent completed service by depositing a copy of the
            SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BROWN |
|---|---|---|---|---|---|
| Age | 40/50 | Height | 6'4" | Weight | 190 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____9/7/2007_____

_[signature]_                                         _[signature]_
                                                      John Axelrod

_[notary stamp, illegible]_                           Server's License#:

2 0/0

STATE OF NEW YORK
DOCUMENTS SERVED WITH INDEX#: 07CIV.7692

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
AND FILED ON    8/29/2007

VIOLETA DZIKOVIC, ET AL

Vs.

PHILIP AMICONE, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK

COUNTY OF WESTCHESTER

)
)

SS

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On ___9/6/2007___ at ___11:30AM___, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served: EDMUND HARTNETT, POLICE COMMISSIONER
At Location: 100 SOUTH BROADWAY

(herein called recipient)
therein named.

YONKERS NY

By delivering to and leaving with ___SGT. GELESKI___ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  |  dwelling house(usual place of abode) within the state.

On ___9/7/07___, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | | BALD |
| Age | 40/45 | Height | 5'9" | Weight | 170 | |
| Other Features | | | | MOUSTACHE | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the ___9/7/2007___

GAIL WILLIAMS
Notary Public, State of New York
No.
Qualified                    County
Commission                    er 30. 2010

John Axelrod

Server's License#:

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.7692          AND FILED ON          8/29/2007

---

VIOLETA DZIKOVIC, ET AL

                                        Vs.                                    Plaintiff(s)/Petitioner(s)

PHILIP AMICONE, ET AL                                                          Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                              )     SS

COUNTY OF WESTCHESTER                                           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____9/6/2007_____ at _____11:00AM_____ , deponent did
serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:      JOHN A. LISZEWSKI, PUBLIC WORKS COMMISSIONER                    (herein called recipient)
                                                                                       therein  named.
At Location:       40 SOUTH BROADWAY

                   YONKERS NY

By delivering to and leaving with ___EDMUND FITZGERALD_____ a person of suitable age and discretion.
Said premises is recipient's  [✓]  actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____ 9/7/07_____ , deponent completed service by depositing a copy of the
       SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BROWN |
| Age | 40/50 | Height | 6'4" | Weight | 190 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the ___9/7/2007___

_Deip Williams_

          GAIL Williams
          Notary Public

                                               John Axelrod

                                               Server's License#:

                        2011

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  07CIV.7692          AND FILED ON          8/29/2007

| VIOLETA DZIKOVIC, ET AL | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| PHILIP AMICONE, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                              )
                                                                              )   SS
COUNTY OF WESTCHESTER                               )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____9/6/2007_____ at _____11:00AM_____ , deponent did
serve the within process as follows:

Process Served:     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:       LAWRENCE A. PORCARI, JR. CORPORATION COUNSEL                    (herein called recipient)
                                                                                                                                  therein  named.
At Location:        CITY HALL
                          40 SOUTH BROADWAY
                          YONKERS NY

By delivering to and leaving with    EDMUND FITZGERALD_____ a person of suitable age and discretion.
Said premises is recipient's  ☑  actual place of business  ☐   dwelling house(usual place of abode) within the state.

On_____9/7/07_____ , deponent completed service by depositing a copy of the
            SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _M_ | Color of Skin | _WH_ | Color of Hair | _BROWN_ |
|---|---|---|---|---|---|
| Age | _40/50_ | Height | _6'4"_ | Weight | _190_ |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the ___9/7/2007___

GAIL WILLIAMS
Notary Public, State of New York
Qualified in
Commission Expires          2010

John Axelrod

Server's License#:

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.7692          AND FILED ON          8/29/2007

---

VIOLETA DZIKOVIC, ET AL                                                              Plaintiff(s)/Petitioner(s)

                                        Vs..

PHILIP AMICONE, ET AL                                                                Defendant(s)/Respondent(s)

---

STATE OF: NEW YORK                                                    )
                                                                              SS
COUNTY OF WESTCHESTER                                            )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On _____9/6/2007_____ at _____11:00AM_____ , deponent did serve the within process as follows:

Process Served:

Party Served:         | SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES |
                      | THE CITY OF YONKERS, NEW YORK |                          (herein called recipient)
                                                                                     therein named.
At Location:          | CITY HALL |
                      | 40 SOUTH BROADWAY |
                      | YONKERS NY |

By delivering to and leaving with   EDMUND FITZGERALD _____   and that deponent knew the person

so served to be the   LAW CASE INVESTIGATOR

of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M          Color of Skin: WH          Color of Hair: BROWN

Age: 40/50          Height: 6'4"

Weight: 190          Other Features:

Sworn to before me on _____9/7/2007_____

_Gail Williams_ (signature)                          _John Axelrod_ (signature)

                                                          John Axelrod

                                                          Server's License#:

GAIL WILLIAMS
Notary Public, ...
   Qualified ...
Commission ...                    2018

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.7692          AND FILED ON          8/29/2007

---

VIOLETA DZIKOVIC, ET AL

Vs.                                                Plaintiff(s)/Petitioner(s)

PHILIP AMICONE, ET AL                              Defendant(s)/Respondent(s)

---

STATE OF: NEW YORK                                          )       **SS**

COUNTY OF WESTCHESTER                                       )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On _____9/11/2007_____ at _____11:30AM_____, deponent did serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:     PAUL WOOD, POLICE OFFICER                           (herein called recipient)
                                                                       therein named.
At Location:      C/O CORPORATION COUNSEL
                  40 S. BROADWAY
                  YONKERS NY

By delivering to and leaving with ___PAUL HART, ATTORNEY_____ a person of suitable age and discretion.
Said premises is recipient's |✔| actual place of business  | | dwelling house(usual place of abode) within the state.

On_____9/12/07_____, deponent completed service by depositing a copy of the
      SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _M_ | Color of Skin | _BLACK_ | Color of Hair | _BLACK_ |
|-----|-----|---------------|---------|---------------|---------|
| Age | _45/55_ | Height | _5'10"_ | Weight | _250_ |

Other Features |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the ____9/12/2007____

_Gail Williams_                                     _John Axelrod_
                                                    John Axelrod

GAIL WILLIAMS                                       Server's License#:
Notary Public, State of New York
Qualified in Westchester County
Commission Expires September 30, _20?10_

STATE OF  NEW YORK                        UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.7692            AND FILED ON        8/29/2007

---

VIOLETA DZIKOVIC, ET AL

                                          Vs.                                    Plaintiff(s)/Petitioner(s)

PHILIP AMICONE, ET AL                                                          Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                               )

                                                                          ) **ss**

COUNTY OF WESTCHESTER                                   )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On_____ 9/6/2007 _____ at _____ 11:30AM _____ , deponent did
serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:       POLICE OFFICER JOHN DOE'S #1 TO #20                        (herein called recipient)
                                                                                          therein  named.
At Location:         100 SOUTH BROADWAY

                         YONKERS NY

By delivering to and leaving with ___ SGT. GELESKI _____ a person of suitable age and discretion.
Said premises is recipient's [✓]  actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____ 9/7/07 ___, deponent completed service by depositing a copy of the
           SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _M_ | Color of Skin | _WH_ | Color of Hair | _BALD_ |
| Age | _40/45_ | Height | _5'9"_ | Weight | _170_ |
| Other Features | | | | | _MOUSTACHE_ |

Sworn to before me on the    9/7/2007

_____                              _____
                                                                                      John Axelrod

GAIL WILLIAMS
Notary Public, State of New York                              Server's License#:
No. _____
Qualified in Westchester County
Commission Expires September 30  2010

STATE OF NEW YORK               UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.7692         AND FILED ON          8/29/2007

VIOLETA DZIKOVIC, ET AL
                                        Vs.                         Plaintiff(s)/Petitioner(s)

PHILIP AMICONE, ET AL                                               Defendant(s)/Respondent(s)


STATE OF: NEW YORK                                          )
                                                           )    SS
COUNTY OF WESTCHESTER                                       )


The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____9/6/2007_____ at _____11:00AM_____, deponent did
serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:      SANITATION WORKERS #1 TO #20                              (herein called recipient)
                                                                              therein named.
At Location:       CITY HALL
                   40 SOUTH BROADWAY
                   YONKERS NY


By delivering to and leaving with   EDMUND FITZGERALD _____ a person of suitable age and discretion.
Said premises is recipient's [✓] | actual place of business | | dwelling house(usual place of abode) within the state.

On_____ 9/7/07____, deponent completed service by depositing a copy of the
          SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.


A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | | BROWN | |
| Age | 40/50 | Height | 6'4" | Weight | 190 | | |
| Other Features | | | | | | | |


Sworn to before me on the   9/7/2007

_Gaig Williams_ (signature)                              _John Axelrod_ (signature)
                                                          John Axelrod

GAIL WILLIAMS                                             Server's License#:
Notary Public, State of New York
No. 4___ ___
Qualified in Westchester County
Commission Expires September ___, 2010