STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.7692          AND FILED ON          8/29/2007

---

VIOLETA DZIKOVIC, ET AL

Vs.                                              Plaintiff(s)/Petitioner(s)

PHILIP AMICONE, ET AL                            Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                          )
                                                                  SS
COUNTY OF WESTCHESTER                                        )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On _____9/6/2007_____ at _____11:00AM_____ , deponent did
serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:      PHILIP AMICONE, MAYOR                                (herein called recipient)
                                                                        therein   named.
At Location:       CITY OF YONKERS
                   CITY HALL, 40 SOUTH BROADWAY
                   YONKERS NY


By delivering to and leaving with    EDMUND FITZGERALD _____ a person of suitable age and discretion.
Said premises is recipient's  ☑  actual place of business  ☐  dwelling house(usual place of abode) within the state.

On_____ 9/7/07 _____ , deponent completed service by depositing a copy of the

        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.


A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BROWN |
|-----|-----|-----|-----|-----|-----|
| Age | 40/50 | Height | 6'4" | Weight | 190 |
| Other Features | | | | | |


Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____9/7/2007_____

[signature]                                              [signature]
                                                         John Axelrod

                                                         Server's License#:

STATE OF  NEW YORK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.7692        AND FILED ON        8/29/2007

---

| VIOLETA DZIKOVIC, ET AL | | Plaintiff(s)/Petitioner(s) |
| | Vs. | |
| PHILIP AMICONE, ET AL | | Defendant(s)/Respondent(s) |

---

STATE OF:  NEW YORK                                                    )
                                                                       )    **SS**
COUNTY OF WESTCHESTER                                                   )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and
resides in the State of New York . On_____9/6/2007_____ at _____11:30AM_____, deponent did
serve the within process as follows:

Process Served:  SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:    EDMUND HARTNETT, POLICE COMMISSIONER                         (herein called recipient)
At Location:     100 SOUTH BROADWAY                                               therein  named.

                 YONKERS NY

By delivering to and leaving with _____SGT. GELESKI_____ a person of suitable age and discretion.
Said premises is recipient's [✔] actual place of business  |  dwelling house(usual place of abode) within the state.

On_____9/7/07___, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | | BALD |
| Age | 40/45 | Height | 5'9" | Weight | 170 | |
| Other Features | | | | MOUSTACHE | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____9/7/2007_____

_signature_                                                  _signature_
                                                            John Axelrod
GAIL WILLIAMS
Notary Public, State of New York
No. ...
Qualified ... County
Commission ... ber 30, 2010                              Server's License#:

STATE OF  NEW YORK                                UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  07CIV.7692             AND FILED ON         8/29/2007

| | | |
|---|---|---|
| VIOLETA DZIKOVIC, ET AL | Vs. | Plaintiff(s)/Petitioner(s) |
| PHILIP AMICONE, ET AL | | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                                          )      SS

COUNTY OF WESTCHESTER                                                        )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____9/6/2007_____ at _____11:00AM_____, deponent did
serve the within process as follows:

Process Served:     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:       JOHN A. LISZEWSKI, PUBLIC WORKS COMMISSIONER                          (herein called recipient)
                                                                                            therein  named.
At Location:        40 SOUTH BROADWAY

                    YONKERS NY

By delivering to and leaving with   EDMUND FITZGERALD                    _____ a person of suitable age and discretion.
Said premises is recipient's  [✓]  actual place of business   [ ]   dwelling house(usual place of abode) within the state.

On_____ 9/7/07 _____, deponent completed service by depositing a copy of the
       SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BROWN |
|---|---|---|---|---|---|
| Age | 40/50 | Height | 6'4" | Weight | 190 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the ___9/7/2007___

_Deryl Williams_

GAIL Williams
Notary Public

John Axelrod

Server's License#:

2018

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.7692          AND FILED ON          8/29/2007

VIOLETA DZIKOVIC, ET AL                                                    Plaintiff(s)/Petitioner(s)

                                        Vs.

PHILIP AMICONE, ET AL                                                     Defendant(s)/Respondent(s)

STATE OF: NEW YORK                                    )
                                                       ) SS
COUNTY OF WESTCHESTER                                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____9/6/2007_____ at _____11:00AM_____ , deponent did
serve the within process as follows:

Process Served:     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:       LAWRENCE A. PORCARI, JR. CORPORATION COUNSEL              (herein called recipient)
                                                                                 therein named.
At Location:        CITY HALL
                    40 SOUTH BROADWAY
                    YONKERS NY

By delivering to and leaving with    EDMUND FITZGERALD_____ a person of suitable age and discretion.
Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On_____9/7/07___ , deponent completed service by depositing a copy of the
           SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | *M* | Color of Skin | *WH* | Color of Hair | *BROWN* |
|-----|-----|---------------|------|---------------|---------|
| Age | *40/50* | Height | *6'4"* | Weight | *190* |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____9/7/2007_____

_____                    _____
                                                              John Axelrod

GAIL WILLIAMS                                      Server's License#:
Notary Public, State of ...
Qualified in ...
Commission ...                2010

STATE OF NEW YORK              UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.7692         AND FILED ON        8/29/2007

| | | |
|---|---|---|
| VIOLETA DZIKOVIC, ET AL | | Plaintiff(s)/Petitioner(s) |
| | Vs.. | |
| PHILIP AMICONE, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                                              )
                                                               ) SS
COUNTY OF WESTCHESTER                                          )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On ___9/6/2007___ at ___11:00AM___ , deponent did serve the within process as follows:

Process Served:

Party Served:    | SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES |
                 | THE CITY OF YONKERS, NEW YORK |                    (herein called recipient)
                                                                       therein  named.
At Location:     | CITY HALL |
                 | 40 SOUTH BROADWAY |
                 | YONKERS NY |

By delivering to and leaving with   EDMUND FITZGERALD _____ and that deponent knew the person

so served to be the   LAW CASE INVESTIGATOR

of  the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: M        Color of Skin: WH        Color of Hair: BROWN

Age: 40/50     Height: 6'4"

Weight: 190              Other Features:

Sworn to before me on ___9/7/2007___

_Gail Williams_ (signature)                    _John Axelrod_ (signature)

                                               John Axelrod

                                               Server's License#:

GAIL WILLIAMS
Notary Public, St...
Qualifi...
Commissi...                    2018

STATE OF NEW YORK                 UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.7692          AND FILED ON          8/29/2007

---

| VIOLETA DZIKOVIC, ET AL | | Plaintiff(s)/Petitioner(s) |
| PHILIP AMICONE, ET AL | Vs. | Defendant(s)/Respondent(s) |

---

STATE OF: NEW YORK                                                    )          **SS**

COUNTY OF WESTCHESTER                                            )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On _____9/11/2007_____ at _____11:30AM_____ , deponent did
serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:     PAUL WOOD, POLICE OFFICER                                    (herein called recipient)
                                                                                                      therein  named.
At Location:      C/O CORPORATION COUNSEL
                  40 S. BROADWAY
                  YONKERS NY

By delivering to and leaving with   PAUL HART, ATTORNEY _____ a person of suitable age and discretion.
Said premises is recipient's ✔ actual place of business | | dwelling house(usual place of abode) within the state.

On_____9/12/07____ , deponent completed service by depositing a copy of the
         SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _M_ | Color of Skin | _BLACK_ | Color of Hair | _BLACK_ |
| Age | _45/55_ | Height | _5'10"_ | Weight | _250_ |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____9/12/2007_____

_Gail Williams_ (signature)                                        _John Axelrod_ (signature)

GAIL WILLIAMS                                          Server's License#:
Notary Public, State of New York
_____
Qualified in Westchester County
Commission Expires December 30, 20010

STATE OF   NEW YORK
DOCUMENTS SERVED WITH INDEX#:  07CIV.7692

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

AND FILED ON        8/29/2007

---

VIOLETA DZIKOVIC, ET AL

                                    Vs.

PHILIP AMICONE, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                              )
                                                                          ) **SS**
COUNTY OF WESTCHESTER                                   )

The undersigned deponent,  being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____9/6/2007_____at_____11:30AM_____, deponent did
serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:      POLICE OFFICER JOHN DOE'S #1 TO #20                                    (herein called recipient)
                                                                                                                    therein  named.
At Location:        100 SOUTH BROADWAY

                       YONKERS NY

By delivering to and leaving with   SGT. GELESKI                                  a person of suitable age and discretion.
Said premises is recipient's [✓]  actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____9/7/07___, deponent completed service by depositing a copy of the
      SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BALD |
| Age | 40/45 | Height | 5'9" | Weight | 170 |
| Other Features | | | | MOUSTACHE | |

Sworn to before me on the   9/7/2007

GAIL WILLIAMS
Notary Public, State of New York
No. 4667052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod

Server's License#:

STATE OF  NEW YORK                          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#:  07CIV.7692              AND FILED ON         8/29/2007

VIOLETA DZIKOVIC, ET AL                                                                    Plaintiff(s)/Petitioner(s)

                                            Vs.

PHILIP AMICONE, ET AL                                                                     Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                                    )       **SS**

COUNTY OF WESTCHESTER                                                  )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and
resides in the State of New York .  On_____ 9/6/2007 _____ at _____ 11:00AM _____, deponent did
serve the within process as follows:

Process Served:     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:       SANITATION WORKERS #1 TO #20                                       (herein called recipient)
                                                                                       therein  named.
At Location:        CITY HALL
                    40 SOUTH BROADWAY
                    YONKERS NY

By delivering to and leaving with    EDMUND FITZGERALD _____ a person of suitable age and discretion.
Said premises is recipient's ☑ | actual place of business  | |    dwelling house(usual place of abode) within the state.

On_____ 9/7/07 _____, deponent completed service by depositing a copy of the
        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | | BROWN | |
|------|------|------|------|------|------|------|------|
| Age | 40/50 | Height | 6'4" | Weight | | 190 | |
| Other Features | | | | | | | |

Sworn to before me on the   9/7/2007

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4____
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod

Server's License#: