STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.7692          AND FILED ON          8/29/2007

| | |
|---|---|
| VIOLETA DZIKOVIC, ET AL<br><br>Vs.<br><br>PHILIP AMICONE, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                                          )
                                                                                          )     SS
COUNTY OF WESTCHESTER                                              )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____9/6/2007_____ at _____11:00AM_____, deponent did
serve the within process as follows:

Process Served:     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:         PHILIP AMICONE, MAYOR                                        (herein called recipient)
                                                                                                          therein   named.
At Location:          CITY OF YONKERS
                            CITY HALL, 40 SOUTH BROADWAY
                            YONKERS NY

By delivering to and leaving with _____EDMUND FITZGERALD_____ a person of suitable age and discretion.
Said premises is recipient's ☑  actual place of business   ☐  dwelling house(usual place of abode) within the state.

On_____9/7/07_____, deponent completed service by depositing a copy of the

         SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _M_ | Color of Skin | _WH_ | Color of Hair | _BROWN_ | |
|---|---|---|---|---|---|---|
| Age | 40/50 | Height | 6'4" | Weight | 190 | |
| Other Features | | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____9/7/2007_____

_signature_

_illegible notary stamp_

2 c/o

John Axelrod

Server's License#:

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.7692          AND FILED ON          8/29/2007

| | |
|---|---|
| VIOLETA DZIKOVIC, ET AL | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| PHILIP AMICONE, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                                    )
                                                                          )  **SS**
COUNTY OF WESTCHESTER                         )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____9/6/2007_____ at _____11:30AM_____, deponent did
serve the within process as follows:

Process Served:  SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:    EDMUND HARTNETT, POLICE COMMISSIONER                    (herein called recipient)
                                                                                                                therein named.
At Location:     100 SOUTH BROADWAY

                     YONKERS NY

By delivering to and leaving with _____SGT. GELESKI_____ a person of suitable age and discretion.
Said premises is recipient's [✔] actual place of business | dwelling house(usual place of abode) within the state.

On_____9/7/07____, deponent completed service by depositing a copy of the

SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BALD |
|---|---|---|---|---|---|
| Age | 40/45 | Height | 5'9" | Weight | 170 |
| Other Features | | | MOUSTACHE | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____9/7/2007_____

_____                          _____
GAIL WILLIAMS                                                              John Axelrod
Notary Public, State of New York
No. _____
Qualified in Westchester County                                 Server's License#:
Commission Expires _____ber 30, **2010**

STATE OF   NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.7692          AND FILED ON          8/29/2007

| | |
|---|---|
| VIOLETA DZIKOVIC, ET AL<br><br>                          Vs.<br><br>PHILIP AMICONE, ET AL | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                              )

                                                                            )      SS

COUNTY OF WESTCHESTER                                  )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On_____9/6/2007_____ at _____11:00AM_____ , deponent did
serve the within process as follows:

Process Served:   SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:       JOHN A. LISZEWSKI, PUBLIC WORKS COMMISSIONER                    (herein called recipient)
                                                                                                                                    therein   named.
At Location:        40 SOUTH BROADWAY

                          YONKERS NY

By delivering to and leaving with ____EDMUND FITZGERALD_____ a person of suitable age and discretion.
Said premises is recipient's ☑  actual place of business   ☐   dwelling house(usual place of abode) within the state.

On_____9/7/07____ , deponent completed service by depositing a copy of the
        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | | BROWN |
|---|---|---|---|---|---|---|
| Age | 40/50 | Height | 6'4" | Weight | | 190 |
| Other Features | | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the ____9/7/2007____

_____                                      _____
            GAIL WILLIAMS                                                               John Axelrod
         Notary Public
                                                                                                  Server's License#:
         Qualified .

                                          20/8

STATE OF  NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.7692          AND FILED ON          8/29/2007

| | |
|---|---|
| VIOLETA DZIKOVIC, ET AL <br><br> Vs. <br><br> PHILIP AMICONE, ET AL | Plaintiff(s)/Petitioner(s) <br><br> Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                           )

                                                             )          SS

COUNTY OF WESTCHESTER                                         )

The undersigned deponent,  being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____9/6/2007_____ at _____11:00AM_____, deponent did
serve the within process as follows:

Process Served:     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served:       LAWRENCE A. PORCARI, JR. CORPORATION COUNSEL                    (herein called recipient)
                                                                                      therein   named.
At Location:        CITY HALL
                    40 SOUTH BROADWAY
                    YONKERS NY

By delivering to and leaving with _____EDMUND FITZGERALD_____ a person of suitable age and discretion.
Said premises is recipient's [✔] actual place of business  [ ]  dwelling house(usual place of abode) within the state.

On_____9/7/07_____, deponent completed service by depositing a copy of the

        SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _M_ | Color of Skin | _WH_ | Color of Hair | _BROWN_ |
|---|---|---|---|---|---|
| Age | _40/50_ | Height _6'4"_ | Weight | _190_ | |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____9/7/2007_____

_____                    _____
                                                                  John Axelrod

GAIL  . . . . .                                     Server's License#:
Notary Public . . . . . . .
 . . .
Qualified . . . . .
Commission . . . . . . . . . 2010

STATE OF  NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.7692          AND FILED ON          8/29/2007

| | |
|---|---|
| VIOLETA DZIKOVIC, ET AL | Plaintiff(s)/Petitioner(s) |
| Vs. | |
| PHILIP AMICONE, ET AL | Defendant(s)/Respondent(s) |

STATE OF:  NEW YORK                                          )
                                                                              ) **SS**
COUNTY OF WESTCHESTER                             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York . On _____9/6/2007_____ at _____11:00AM_____, deponent did serve the within process as follows:

Process Served:

SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

Party Served:

THE CITY OF YONKERS, NEW YORK                    .                    (herein called recipient)
                                                                                                              therein  named.

At Location:

CITY HALL
40 SOUTH BROADWAY
YONKERS NY

By delivering to and leaving with __EDMUND FITZGERALD_____ and that deponent knew the person

so served to be the     LAW CASE INVESTIGATOR

of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex  M          Color of Skin  WH          Color of Hair  BROWN

Age  40/50          Height  6'4"

Weight  190                    Other Features

Sworn to before me on _____9/7/2007_____

_____                    _____
                                                                              John Axelrod
                                                                              Server's License#:

GAIL WILLIAMS
Notary Public, ...
Quali...
Commissio...                    20/8

STATE OF  NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.7692          AND FILED ON          8/29/2007

---

VIOLETA DZIKOVIC, ET AL

                              Vs.                                                   Plaintiff(s)/Petitioner(s)

PHILIP AMICONE, ET AL                                                     Defendant(s)/Respondent(s)

---

STATE OF:  NEW YORK                                               )
                                                                              SS
COUNTY OF WESTCHESTER                                    )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York .  On_____9/11/2007_____ at _____11:30AM_____, deponent did
serve the within process as follows:

Process Served:     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:       PAUL WOOD, POLICE OFFICER                                    (herein called recipient)
                                                                                              therein  named.
At Location:        C/O CORPORATION COUNSEL
                    40 S. BROADWAY
                    YONKERS NY

By delivering to and leaving with _____PAUL HART, ATTORNEY_____ a person of suitable age and discretion.
Said premises is recipient's ✔  actual place of business  | |  dwelling house(usual place of abode) within the state.

On_____9/12/07____, deponent completed service by depositing a copy of the

     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | _M_ | Color of Skin | _BLACK_ | Color of Hair | _BLACK_ |
|---|---|---|---|---|---|
| Age | _45/55_ | Height _5'10"_ | Weight | _250_ | |

Other Features | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States
Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the _____9/12/2007_____

_Cuip/rll(lliarr_                                              _John Axelrod_

GAIL WILLIAMS                                          Server's License#:
Notary Public, State of New York
Qualified in _____ County
Commission _____ September 30 _2010_

STATE OF  NEW YORK          UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#:  07CIV.7692          AND FILED ON          8/29/2007

VIOLETA DZIKOVIC, ET AL

Plaintiff(s)/Petitioner(s)

Vs.

PHILIP AMICONE, ET AL

Defendant(s)/Respondent(s)

STATE OF:  NEW YORK                                    )
                                                                        ) SS
COUNTY OF WESTCHESTER                           )

The undersigned deponent, being duly sworn deposes and says:  Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____9/6/2007_____ at _____11:30AM_____ , deponent did
serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:       POLICE OFFICER JOHN DOE'S #1 TO #20                          (herein called recipient)
                                                                                                          therein  named.
At Location:         100 SOUTH BROADWAY

                          YONKERS NY

By delivering to and leaving with ___SGT. GELESKI_____ a person of suitable age and discretion.
Said premises is recipient's [✓]  actual place of business   [ ]   dwelling house(usual place of abode) within the state.

On_____9/7/07_____, deponent completed service by depositing a copy of the

     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BALD |
|---|---|---|---|---|---|
| Age | 40/45 | Height | 5'9" | Weight | 170 |
| Other Features | | | | MOUSTACHE | |

Sworn to before me on the ___9/7/2007___

GAIL WILLIAMS
Notary Public, State of New York
No. 4..........
Qualified in Westchester County
Commission Expires: September 30, 2010

John Axelrod

Server's License#:

STATE OF NEW YORK                    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV.7692          AND FILED ON          8/29/2007

| | |
|---|---|
| VIOLETA DZIKOVIC, ET AL.<br><br>Vs.<br><br>PHILIP AMICONE, ET AL | Plaintiff(s)/Petitioner(s)<br><br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                                                )
                                                                          )  SS
COUNTY OF WESTCHESTER                                    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and

resides in the State of New York . On_____9/6/2007_____ at _____11:00AM_____, deponent did
serve the within process as follows:

Process Served:    SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES
Party Served:      SANITATION WORKERS #1 TO #20                              (herein called recipient)
                                                                                                   therein named.
At Location:       CITY HALL
                   40 SOUTH BROADWAY
                   YONKERS NY

By delivering to and leaving with ____EDMUND FITZGERALD_____ a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On_____9/7/07____, deponent completed service by depositing a copy of the
     SUMMONS AND COMPLAINT AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in
an official depository under the exclusive care and custody of the United States Post Office in the State of New
York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex __M__  Color of Skin __WH__    Color of Hair |____  __BROWN__
Age _40/50_ Height _6'4"_ Weight  _190_
Other Features

Sworn to before me on the ___9/7/2007___

_____                    _____
GAIL WILLIAMS                                                              John Axelrod
Notary Public, State of New York
No. 46......
Qualified in Westchester County                              Server's License#:
Commission Expires September ...... 2010