THACHER PROFFITT & WOOD LLP
50 Main Street
White Plains, New York 10606
Kevin J. Plunkett
Darius P. Chafizadeh
Andrew B. Zinman
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIOLETA DZIKOVIC, HATIXHA ZHERKA, KUJTIM ZHERKA, JOHN O'NEILL, GABRIEL POTENTE, MADLIN SULEIMAN, LANA MARJI, KENNETH HESLOP, RANDA SAYEGH, CHANDRA SOOKDEO, JONI CAMPBELL, YOLANDA COLLAZO, ROBERTO RODRIGUEZ, GUILLERMO CORSO, CHEZEKIA CORSO, ARACELIS BATISTA, ALICIA CORZO, MARIO MARTINEZ, ANGEL FELIZ, Sr., ANGEL FELIZ, Jr., DOMINICK D'INTINO, ROBERT PALERMO, SAL POTENTE, JAMES CAREY, VERONIKA DZIKOVIC and DEREK ROBERTO,<br><br>                    Plaintiffs,<br><br>    -against-<br><br>PHILIP AMICONE, individually, EDMUND HARTNETT, individually, JOHN A. LISZEWSKI, individually, LAWRENCE A. PORCARI, Jr., CITY OF YONKERS, New York, PAUL WOOD, individually, POLICE OFFICERS JOHN DOES #1 to #20, individually, and SANITATION WORKERS #1 to #20, individually,<br><br>                    Defendants. | ECF Case<br><br>07 Civ. 7692 (CLB)<br><br><br><br>**NOTICE OF**<br>**MOTION TO DISMISS** |

**PLEASE TAKE NOTICE**, that upon the Declaration of Andrew B. Zinman dated September 26, 2007, the accompanying Memorandum of Law, and all other papers filed in this proceeding, Defendant Lawrence A. Porcari, Jr. ("Porcari") will move before Honorable Charles L. Brieant, United States District Court, Southern District of New York, 300 Quarropas Street, White Plains, New York, on October 12, 2007 at 10 a.m. or as soon thereafter as counsel can be heard, for an order dismissing Plaintiffs' Complaint dated August 28, 2007 (the "Complaint") as

- 2 -

and against Porcari pursuant to Federal Rule of Civil Procedure 12(b)(6) upon the ground that the Complaint fails to state a cause of action upon which relief can be granted because Porcari is entitled to absolute and/or qualified immunity.

Dated: White Plains, New York
       September 26, 2007

                            THACHER PROFFITT & WOOD LLP
                            *Attorneys for Defendants*

                            By:    s/Kevin J. Plunkett
                                  Kevin J. Plunkett
                                  Darius P. Chafizadeh
                                  50 Main Street
                                  White Plains, New York 10606
                                  (914) 421-4100

TO:

    Lovett & Gould, LLP
    222 Bloomingdale Road
    White Plains, New York 10605
    (914) 428-8401