THACHER PROFFITT & WOOD LLP
50 Main Street
White Plains, New York 10606
Kevin J. Plunkett
Darius P. Chafizadeh
Andrew B. Zinman
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIOLETA DZIKOVIC, HATIXHA ZHERKA, KUJTIM ZHERKA, JOHN O'NEILL, GABRIEL POTENTE, MADLIN SULEIMAN, LANA MARJI, KENNETH HESLOP, RANDA SAYEGH, CHANDRA SOOKDEO, JONI CAMPBELL, YOLANDA COLLAZO, ROBERTO RODRIGUEZ, GUILLERMO CORSO, CHEZEKIA CORSO, ARACELIS BATISTA, ALICIA CORZO, MARIO MARTINEZ, ANGEL FELIZ, Sr., ANGEL FELIZ, Jr., DOMINICK D'INTINO, ROBERT PALERMO, SAL POTENTE, JAMES CAREY, VERONIKA DZIKOVIC and DEREK ROBERTO,<br><br>       Plaintiffs,<br><br>  -against-<br><br>PHILIP AMICONE, individually, EDMUND HARTNETT, individually, JOHN A. LISZEWSKI, individually, LAWRENCE A. PORCARI, Jr., CITY OF YONKERS, New York, PAUL WOOD, individually, POLICE OFFICERS JOHN DOES #1 to #20, individually, and SANITATION WORKERS #1 to #20, individually,<br><br>       Defendants. | ECF Case<br><br>07 Civ. 7692 (CLB)<br><br><br>DECLARATION OF ANDREW B. ZINMAN IN SUPPORT OF MOTION TO DISMISS THE COMPLAINT AS AND AGAINST DEFENDANT LAWRENCE A. PORCARI, JR. |

STATE OF NEW YORK   )
          ) ss.:
COUNTY OF WESTCHESTER )

  **ANDREW B. ZINMAN**, being duly sworn, states the following under penalty of perjury:

  1. I am an associate with the law firm Thacher Proffitt & Wood LLP, attorneys for Defendants in the above-entitled action, and duly admitted to practice law in this Court.

2.  I submit this declaration based upon information and belief, the source of which is a review of the documents that form the basis of this action.

3.  I submit this declaration solely to provide the Court with the following document and statutory authority which support Defendant Lawrence A. Porcari, Jr.'s ("Porcari") motion to dismiss the Complaint dated August 28, 2007 (the "Complaint") as and against him pursuant to Federal Rule of Civil Procedure 12(b)(6) upon the ground that the Complaint fails to state a cause of action upon which relief can be granted because Porcari is entitled to absolute and/or qualified immunity:

   a.  Annexed hereto as Exhibit **A** is a copy of the Complaint.

   b.  Annexed hereto as Exhibit **B** is a copy of the City of Yonkers Charter, Article XIII, Department of Law, which empowers the Office of the Corporation Counsel to, among other things, prosecute violations of the Yonkers City Code.

_____
Andrew B. Zinman

Sworn to this 26th day of
September, 2007

_____
Notary Public