## ARTICLE XIII, EN Department of Law [Adopted 8-28-1995 as L.L. No. 11-1995EN]

### § C13-1. Department established, Corporation Counsel.

A.   There shall be a Department of Law. The head of the department shall be the **corporation counsel**, a position in the unclassified service, vested with authority, direction and control over said department, with power and authority to appoint and remove officers and employees therein.

B.   The **corporation counsel** may appoint, to hold office at the pleasure of the Corporation Counsel, a first deputy, a second deputy, and other subordinates.

### § C13-2. Powers and duties.

A.   The **corporation counsel** shall be and act as the legal adviser of the City of Yonkers and all of its elected and appointed officers, boards, agencies and departments.

B.   The **corporation counsel** shall appear for and protect the rights and interests of the city in all actions, suits and proceedings brought by or against it or any city officer, board or department, and such officer, board or department shall not employ other counsel.

C.   Except for contracts entered into pursuant to the provisions of the New York State Public Officers Law, the **corporation counsel** may employ counsel, pursuant to a contract approved by the Board of Contract and Supply, to assist in the argument and conduct of important cases or proceedings in which the city or any officer, board or department thereof is interested or a party, or to assist in matters requiring specialized legal skills or experience.

D.   Any city officer or employee entitled to counsel pursuant to Public Officers Law § 18, shall inform the **corporation counsel** of the counsel who will represent the officer or employee. The **corporation counsel** shall forward to the City Council a proposed contract for such counsel and the Mayor shall submit a budget transfer to fund the proposed contract. If approved by the City Council, the **corporation counsel** shall enter into the contract with the officer's or employee's counsel.

### § C13-4.EN Laws superseded.

This article shall supersede Section 201 of the Second Class Cities Law and any other provisions of the Second Class Cities Law, or any special law, local law or ordinance which are inconsistent with the provisions of this article.

## ARTICLE XIV, EN Department of Parks, Recreation and Conservation [Adopted 4-12-1988 as L.L. No. 2-1988; amended 5-24-1988 by L.L. No. 3-1988EN, EN; 8-28-1995 by L.L. No. 11-1995EN]

Part A, Department of Parks, Recreation and ConservationEN

### § C14-1. Department established; Commissioner and Board of Parks, Recreation and Conservation.