

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIOLETA DZIKOVIC, HATIXHA ZHERKA, KUJTIM ZHERKA, JOHN O'NEILL, GABRIEL POTENTE, MADLIN SULEIMAN, LANA MARJI, KENNETH HESLOP, RANDA SAYEGH, CHANDRA SOOKDEO, JONI CAMPBELL, YOLANDA COLLAZO, ROBERTO RODRIGUEZ, GUILLERMO CORSO, CHEZEKIA CORSO, ARACELIS BATISTA, ALICIA CORZO, MARIO MARTINEZ, ANGEL FELIZ, Sr., ANGEL FELIZ, Jr., DOMINICK D'INTINO, ROBERT PALERMO, SAL POTENTE, JAMES CAREY, VERONIKA DZIKOVIC and DEREK ROBERTO,<br><br>       Plaintiffs,<br><br>  -against-<br><br>PHILIP AMICONE, individually, EDMUND HARTNETT, individually, JOHN A. LISZEWSKI, individually, LAWRENCE A. PORCARI, Jr., CITY OF YONKERS, New York, PAUL WOOD, individually, POLICE OFFICERS JOHN DOES #1 to #20, individually, and SANITATION WORKERS #1 to #20, individually,<br><br>       Defendants. | ECF Case<br><br>07 Civ. 7692 (CLB)<br><br>**STIPULATION AND ORDER** |

  **IT IS HEREBY STIPULATED AND AGREED** that DelBello Donnellan Weingarten Wise & Wiederkehr, LLP, One North Lexington Avenue, White Plains, New York 10601 hereby appears as counsel for Defendants in the above-captioned action, in substitution, place and stead of Thacher Proffitt & Wood LLP, 50 Main Street, White Plains, New York 10606.

Dated: White Plains, New York
       March 24, 2008

| THACHER PROFFITT & WOOD LLP | DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP |
|---|---|
| By: _____<br>Jonathan D. Forstot (JF 5807)<br>50 Main Street<br>White Plains, New York 10606<br>(914) 421-4100 | By: _____<br>Kevin J. Plunkett<br>One North Lexington Avenue<br>White Plains, New York 10601<br>(914) 681-0200 |

So Ordered this 25
day of March, 2008

_____
Hon. Charles L. Brieant
United States District Judge

TO:

*Attorneys for Plaintiffs*

LOVETT & GOULD, LLP
Jonathan Lovett, Esq.
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

2